UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARCUS GIVAN,<br><br>Petitioner,<br><br>v.<br><br>K. SANTORO, Warden,<br><br>Respondent. | No. 1:16-cv-01019-DAD-SKO<br><br>ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY<br><br>(Doc. No. 25) |

On December 5, 2018, the undersigned adopted findings and recommendations issued by the assigned magistrate judge, denying the petition for a writ of habeas corpus and declining to issue a certificate of appealability. (Doc. No. 22.) Plaintiff subsequently appealed that ruling to the Ninth Circuit Court of Appeals, and also filed the instant motion for a certificate of appealability notwithstanding that the court had already declined to issue such a certificate. (Doc. Nos. 24, 25.)

On September 27, 2019, the Ninth Circuit denied petitioner's request for a certificate of appealability after finding that the petitioner had not made a substantial showing of the denial of a

/////
/////
/////
/////

1

constitutional right.  (Doc. No. 28.)  The court therefore reiterates its prior order, and denies petitioner's motion.  (Doc. No. 25.)

IT IS SO ORDERED.

Dated: **September 30, 2019**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE